Skip to Main Content  Logout  My Account  Search Menu  New County Courts at Law Search  Refine Search  Back

Location : All County Courts at Law Civil   Images  Help

# REGISTER OF ACTIONS
## CASE NO. CC-15-04604-B

| | | | |
|---|---|---|---|
| **PRINCESS BLACK vs. KEN M. JORGENSON, LAWRENCE TRANSPORTATION COMPANY** | § <br> § <br> § <br> § <br> § | Case Type: | **DAMAGES (COLLISION)** |
| | | Date Filed: | **09/10/2015** |
| | | Location: | **County Court at Law No. 2** |

---

### PARTY INFORMATION

| | | |
|---|---|---|
| | | **Lead Attorneys** |
| **DEFENDANT** | **JORGENSON, KEN M.** | **EMILY A QUILLEN** <br> *Retained* <br> 817-869-1700(W) |
| **DEFENDANT** | **LAWRENCE TRANSPORTATION COMPANY** | |
| **PLAINTIFF** | **BLACK, PRINCESS** | **RICK LEE WINGLER** <br> *Retained* <br> 214-742-8897(W) |

---

### EVENTS & ORDERS OF THE COURT

**OTHER EVENTS AND HEARINGS**

| | |
|---|---|
| 09/10/2015 | **NEW CASE FILED (OCA)** |
| 09/10/2015 | **ORIGINAL PETITION** <br> *Plaintiff's Original Petition* |
| 09/10/2015 | **CIVIL CASE INFORMATION SHEET** <br> *Civil Sheet* |
| 09/10/2015 | **ISSUE CITATION** <br> *PLACE IN ATTORNEY PU BOX ON 9/10/2015@12:15PM (MAILED 1-CITATION TO ATTY OFFICE ON 9/21/2015 7-DAY LIMIT DEFENDANT= KEN M. JORGENSON SF)* |
| 09/10/2015 | **CITATION (SERVICE)** <br> *KEN M. JORGENSON* <br>   JORGENSON, KEN M.               Unserved |
| 10/26/2015 | **ORIGINAL ANSWER** <br> *Original Answer of Defendant Ken M. Jorgenson* |
| 10/26/2015 | **JURY TRIAL DEMAND** |
| 12/14/2015 | **DISMISSAL HEARING** (9:00 AM) (Judicial Officer FIFER, KING) |

---

### FINANCIAL INFORMATION

| | | | | |
|---|---|---|---|---|
| | **PLAINTIFF** BLACK, PRINCESS | | | |
| | Total Financial Assessment | | | 302.00 |
| | Total Payments and Credits | | | 302.00 |
| | **Balance Due as of 10/26/2015** | | | **0.00** |
| 09/10/2015 | Transaction Assessment | | | 280.00 |
| 09/10/2015 | CREDIT CARD - TEXFILE (CC) | Receipt # CV-2015-11176 | BLACK, PRINCESS | (280.00) |
| 10/26/2015 | Transaction Assessment | | | 22.00 |
| 10/26/2015 | CREDIT CARD - TEXFILE (CC) | Receipt # CV-2015-13208 | BLACK, PRINCESS | (22.00) |



EXHIBIT A

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

PRINCESS BLACK                          §
     Plaintiff,                    §
                                   §
v.                                      §
                                   §   CIVIL ACTION NO. _____
KEN M. JORGENSON and                    §
LAWRENCE TRANSPORTATION                 §
COMPANY                                 §
     Defendants.                   §

## INDEX OF DOCUMENTS FILED IN STATE COURT

The following documents have been filed in cause number CC-15-04604-B, in the

County Court at Law No. 2, Dallas County, Texas:

|   | **DOCUMENT** | **DATE FILED** |
|---|---|---|
| 1. | Plaintiff's Original Petition with Request for Disclosure | September 10, 2015 |
| 2. | Civil Case Information Sheet | September 10, 2015 |
| 3. | Citation for Ken M. Jorgenson | September 10, 2015 |
| 4. | Notice Pursuant to TRCP 165a | September 17, 2015 |
| 5. | Defendant Ken M. Jorgenson's Original Answer | September 26, 2015 |

4849-9051-6009, v. 1

Exhibit B

FILED
9/10/2015 9:29:51 AM
JOHN F. WARREN
COUNTY CLERK
DALLAS COUNTY

Case 3:15-cv-03469-L   Document 1-1   Filed 10/26/15   Page 3 of 23   PageID 8

CAUSE NO.  CC-15-04604-B

| | | |
|---|---|---|
| PRINCESS BLACK | § | IN THE COUNTY COURT |
| | § | |
| VS. | § | DALLAS COUNTY, TEXAS |
| | § | |
| KEN M. JORGENSON AND | § | |
| LAWRENCE TRANSPORTATION | § | |
| COMPANY | § | AT LAW NO. _____ |

## PLAINTIFFS' ORIGINAL PETITION WITH REQUEST FOR DISCLOSURE

TO THE HONORABLE JUDGE OF SAID COURT:

NOW COMES **PRINCESS BLACK,** hereinafter referred to as Plaintiff, complaining of

**KEN M. JORGENSON AND LAWERENCE TRANSPORTATION** hereinafter referred to as

Defendants, and for cause of action would show the Court and Jury:

### I.

Discovery is in this cause of action is to be conducted under TEX. R. CIV. P. 190.2, Level 1.

Plaintiff seeks only monetary relief of $100,000 or less, including damages, of any kind, penalties,

costs, pre-judgment interest and attorney fees.

### II.

Plaintiff **PRINCESS BLACK** is an individual residing in Dallas, Dallas County, Texas. For

identification purposes, Plaintiff's driver's license number is xxxxx453 and her social security number

is xxxxxx673.

Defendant **KEN M. JORGENSON** is an individual residing in Hayfield, Dodge County,

Minnesota and may be served at *205 6ᵗʰ Avenue , Hayfield Minnesota, 55940,* or in the alternative,

anywhere he may be found.

### III.

On October 2, 2013, Plaintiff **PRINCESS BLACK** was operating a 2009 Hyundai

Exhibit B-1

westbound on LBJ Freeway in Dallas, Dallas County, Texas . At that time and place, a 2009 Volvo being operated by Defendant **KEN M. JORGENSON**, and owned by, leased to, or otherwise under the control of Defendant **LAWRENCE TRANSPORTATION COMPANY,** suddenly and with out warning crossed on to Plaintiff's lane of traffic causing the collision between both vehicles. Defendant **KEN M. JORGENSON** was in the course and scope of his employment for said company at the time. The occurrence at issue, and Plaintiff's resulting injuries and damages, were proximately caused by negligent acts and/or omissions on the part of Defendants. The occurrence at issue, and Plaintiffs' resulting injuries and damages, were proximately caused by negligent acts and/or omissions on the part of Defendant.

### IV.

That on the occasion in question, Defendant **KEN M. JORGENSON** was guilty of negligence in the following particulars:

1. Failure to keep a proper lookout;
2. Driver inattention;
3. Traveling at a speed in excess of that which was reasonable and prudent given local traffic conditions;
4. Failure to take proper evasive measures to avoid collision;
5. Failure to signal when changing lanes; and
6. Unsafe lane change.

That such acts of negligence, individually and collectively, proximately caused the collision and proximately caused the injuries and damages to Plaintiff as set forth more particularly hereinafter.

### V.

Because of the acts and/or omissions of its employee, Defendant **LAWRENCE TRANSPORTATION COMPANY** is responsible for the actions and/or omissions of its employee

under the doctrine of *respondeat superior and/or vicarious liability*.

## VI.

That as a direct and proximate result of said collision, Plaintiff **PRINCESS BLACK** sustained injury to her neck and back. These injuries have caused Plaintiff pain, as well as loss of physical capacity and therefore, have had a serious effect on Plaintiff's health and well-being. Some, if not all, of Plaintiff's injuries and resulting symptoms will continue to trouble her long into the future. As a result of the occurrence in question and of Defendants' aforesaid negligence, Plaintiff has incurred reasonable and necessary medical expenses for the treatment of her injuries. In all likelihood, she will incur additional medical expenses periodically in the future related to these injuries.

By reason of all the foregoing injuries and damages, Plaintiff has been damaged in a sum within the jurisdictional limits of this Court.

**WHEREFORE, PREMISES CONSIDERED,** Plaintiffs requests that Defendant be cited to appear and answer, and that upon final hearing thereof, Plaintiffs have:

1.    Judgment against the Defendant's for Plaintiff's damages in a sum within the jurisdictional limits of this Court;
2.    Pre-judgment interest at the maximum legal rate;
3.    Post-judgment interest at the maximum legal rate until paid;
4.    Attorney's fees;
5.    Costs of suit, and
6.    Such other and further relief at law and in equity to which Plaintiff may show herself to be justly entitled.

## REQUEST FOR DISCLOSURE

In accordance with Rule 194 of the Texas Rules of Civil Procedure, Defendant are requested to disclose to Plaintiff at the office of the undersigned counsel for Plaintiff, within fifty (50) days of service of this request, the information or material described in Rule 194.2 (a)-(l).

Respectfully submitted,

ROLLE, BREELAND, RYAN
LANDAU, WINGLER & HINDMAN

/s/: *Rick Wingler*

**RICK LEE WINGLER**
Attorney For Plaintiff
State Bar No. 21769700
2030 Main Street, Suite 200
Dallas, TX 75201
Telephone: (214) 742-8897
Facsimile:  (214) 637-6872
rickw@rbrl.com
lisap@rbrl.com

# *IMPORTANT NOTICE TO DEFENDANT :*

YOU MUST CONTACT YOUR INSURANCE COMPANY AND DELIVER
THIS PETITION TO THEM IMMEDIATELY !!

FILED
9/10/2015 9:29:51 AM
JOHN F. WARREN
COUNTY CLERK
DALLAS COUNTY

CIVIL CASE INFORMATION SHEET

CAUSE NUMBER *(FOR CLERK USE ONLY):* **CC-15-04604-B**   COURT *(FOR CLERK USE ONLY):* _____

STYLED _Princess Black v. Ken M. Jorgenson et al_

*(e.g., John Smith v. All American Insurance Co; In re Mary Ann Jones; In the Matter of the Estate of George Jackson)*

A civil case information sheet must be completed and submitted when an original petition or application is filed to initiate a new civil, family law, probate, or mental health case or when a post-judgment petition for modification or motion for enforcement is filed in a family law case. The information should be the best available at the time of filing.

| 1. Contact information for person completing case information sheet: | | Names of parties in case: | Person or entity completing sheet is: |
|---|---|---|---|
| Name:<br>Rick Lee Wingler | Email:<br>rickw@rbrl.com | Plaintiff(s)/Petitioner(s):<br>Princess Black | ☑ Attorney for Plaintiff/Petitioner<br>☐ Pro Se Plaintiff/Petitioner<br>☐ Title IV-D Agency<br>☐ Other: _____ |
| Address:<br>2030 Main Street, Suite 200 | Telephone:<br>214.742.8897 | | Additional Parties in Child Support Case: |
| City/State/Zip:<br>Dallas, Texas 75201 | Fax:<br>214.637.6872 | Defendant(s)/Respondent(s):<br>Ken M. Jorgenson<br>et al | Custodial Parent:<br><br>Non-Custodial Parent: |
| Signature:<br>*Rick Lee Wingler* | State Bar No:<br>21769700 | *[Attach additional page as necessary to list all parties]* | Presumed Father: |

**2. Indicate case type, or identify the most important issue in the case *(select only 1):***

| Civil | | | Family Law | |
|---|---|---|---|---|
| **Contract** | **Injury or Damage** | **Real Property** | **Marriage Relationship** | **Post-judgment Actions (non-Title IV-D)** |
| *Debt/Contract*<br>☐ Consumer/DTPA<br>☐ Debt/Contract<br>☐ Fraud/Misrepresentation<br>☐ Other Debt/Contract:<br><br>*Foreclosure*<br>☐ Home Equity—Expedited<br>☐ Other Foreclosure<br>☐ Franchise<br>☐ Insurance<br>☐ Landlord/Tenant<br>☐ Non-Competition<br>☐ Partnership<br>☐ Other Contract: | ☐ Assault/Battery<br>☐ Construction<br>☐ Defamation<br>*Malpractice*<br>☐ Accounting<br>☐ Legal<br>☐ Medical<br>☐ Other Professional<br>Liability:<br><br>☑ Motor Vehicle Accident<br>☐ Premises<br>*Product Liability*<br>☐ Asbestos/Silica<br>☐ Other Product Liability<br>List Product:<br><br>☐ Other Injury or Damage: | ☐ Eminent Domain/<br>Condemnation<br>☐ Partition<br>☐ Quiet Title<br>☐ Trespass to Try Title<br>☐ Other Property:<br><br>**Related to Criminal Matters**<br>☐ Expunction<br>☐ Judgment Nisi<br>☐ Non-Disclosure<br>☐ Seizure/Forfeiture<br>☐ Writ of Habeas Corpus—<br>Pre-indictment<br>☐ Other: _____ | ☐ Annulment<br>☐ Declare Marriage Void<br>*Divorce*<br>☑ With Children<br>☐ No Children<br><br><br>**Other Family Law**<br>☐ Enforce Foreign<br>Judgment<br>☐ Habeas Corpus<br>☐ Name Change<br>☐ Protective Order<br>☐ Removal of Disabilities<br>of Minority<br>☐ Other: | ☐ Enforcement<br>☐ Modification—Custody<br>☐ Modification—Other<br>**Title IV-D**<br>☐ Enforcement/Modification<br>☐ Paternity<br>☐ Reciprocals (UIFSA)<br>☐ Support Order<br><br>**Parent-Child Relationship**<br>☐ Adoption/Adoption with<br>Termination<br>☐ Child Protection<br>☐ Child Support<br>☐ Custody or Visitation<br>☐ Gestational Parenting<br>☐ Grandparent Access<br>☐ Parentage/Paternity<br>☐ Termination of Parental<br>Rights<br>☐ Other Parent-Child: |
| **Employment** | | **Other Civil** | | |
| ☐ Discrimination<br>☐ Retaliation<br>☐ Termination<br>☐ Workers' Compensation<br>☐ Other Employment: | ☐ Administrative Appeal<br>☐ Antitrust/Unfair<br>Competition<br>☐ Code Violations<br>☐ Foreign Judgment<br>☐ Intellectual Property | ☐ Lawyer Discipline<br>☐ Perpetuate Testimony<br>☐ Securities/Stock<br>☐ Tortious Interference<br>☐ Other: _____ | | |

| **Tax** | Probate & Mental Health | |
|---|---|---|
| ☐ Tax Appraisal<br>☐ Tax Delinquency<br>☐ Other Tax | *Probate/Wills/Intestate Administration*<br>☐ Dependent Administration<br>☐ Independent Administration<br>☐ Other Estate Proceedings | ☐ Guardianship—Adult<br>☐ Guardianship—Minor<br>☐ Mental Health<br>☐ Other: _____ |

**3. Indicate procedure or remedy, if applicable *(may select more than 1):***

| | | |
|---|---|---|
| ☐ Appeal from Municipal or Justice Court<br>☐ Arbitration-related<br>☐ Attachment<br>☐ Bill of Review<br>☐ Certiorari<br>☐ Class Action | ☐ Declaratory Judgment<br>☐ Garnishment<br>☐ Interpleader<br>☐ License<br>☐ Mandamus<br>☐ Post-judgment | ☐ Prejudgment Remedy<br>☐ Protective Order<br>☐ Receiver<br>☐ Sequestration<br>☐ Temporary Restraining Order/Injunction<br>☐ Turnover |

**4. Indicate damages sought *(do not select if it is a family law case):***

☑ Less than $100,000, including damages of any kind, penalties, costs, expenses, pre-judgment interest, and attorney fees<br>
☐ Less than $100,000 and non-monetary relief<br>
☐ Over $100,000 but not more than $200,000<br>
☐ Over $200,000 but not more than $1,000,000<br>
☐ Over $1,000,000

Rev 2/13

Exhibit B-2

# THE STATE OF TEXAS
## CITATION
### CAUSE NO. **CC-15-04604-B**
COUNTY COURT AT LAW NO. 2
Dallas County, Texas

TO:

**KEN M. JORGENSON
205 6TH AVENUE
HAYFIELD MN 55940**

"You have been sued.  You may employ an attorney.  If you or your Attorney do not file a WRITTEN ANSWER with the clerk who issued this citation by 10:00 A.M. on the Monday next following the expiration of twenty days after you were served this citation and **PLAINTIFFS' ORIGINAL PETITION WITH REQUEST FOR DISCLOSURE**, a default judgment may be taken against you."   Your answer should be addressed to the clerk of County Court at Law No. 2 of Dallas County, Texas at the Court House of said County, 600 Commerce Street, Suite 101, Dallas, Texas  75202.

**PRINCESS BLACK**
*Plaintiff(s)*

VS.

**KEN M. JORGENSON; LAWRENCE TRANSPORTATION COMPANY**
*Defendant(s)*

filed in said Court on the 10th day of September, 2015a copy of which accompanies this citation.

**WITNESS:  JOHN F. WARREN**, Clerk of the County Courts of Dallas County, Texas.  GIVEN UNDER MY HAND AND SEAL OF OFFICE, at Dallas, Texas, and issued this 10th day of September, 2015 A.D.

JOHN F. WARREN, Dallas County Clerk

By _____, Deputy
   Vickie Johnson



---

**ATTORNEY**

**CITATION
WITH REQUEST FOR DISCLOSURE
ATTACHED**

**CC-15-04604-B**

IN THE COUNTY COURT OF DALLAS
County Court at Law No. 2
Dallas County, Texas

PRINCESS BLACK, *Plaintiff(s)*

VS.

KEN M. JORGENSON; LAWRENCE
TRANSPORTATION COMPANY,
*Defendant(s)*

**SERVE:**

**KEN M. JORGENSON
205 6TH AVENUE
HAYFIELD MN  55940**

**ISSUED THIS
10th day of September, 2015**

John F. Warren, County Clerk
By: Vickie Johnson, Deputy

Attorney for Plaintiff

**RICK LEE WINGLER
ROLLE BREELAND RYAN LANDAU
WINGLER & HINDMAN
2030 MAIN ST SUITE 200
DALLAS TX  75201
214-742-8897**

NO OFFICER'S FEES HAVE BEEN
COLLECTED BY DALLAS COUNTY CLERK

Exhibit B-3

**OFFICER'S RETURN**

CC-15-04604-B  County Court at Law No. 2

PRINCESS BLACK vs. KEN M. JORGENSON, LAWRENCE TRANSPORTATION COMPANY

**ADDRESS FOR SERVICE:**
205 6TH AVENUE
HAYFIELD MN 55940

**Fees:**

Came to hand on the _____ day of _____, 20 ___, at _____ o'clock _____ .m., and executed in _____ County, Texas by delivering to KEN M. JORGENSON in person, a true copy of this Citation together with the accompanying copy of the PLAINTIFFS' ORIGINAL PETITION WITH REQUEST FOR DISCLOSURE

with the date and service at the following times and places to-wit:

Name _____  Date/Time _____  Place, Course and Distance from Courthouse

And not executed as to the defendant(s), _____

The diligence used in finding said defendant(s) being:

and the cause or failure to execute this process is:

and the information received as to the whereabouts of said defendant(s) being:

Serving Petition and Copy  $ _____ , Officer

Total  $ _____ , County, Texas

By: _____ , Deputy

_____ , Affiant



COUNTY COURT AT LAW NO. 2
GEORGE L. ALLEN SR. COURTS BUILDING
600 COMMERCE STREET, SUITE 555
DALLAS, TEXAS  75202
214-653-7365

September 17, 2015

RICK LEE WINGLER
ROLLE BREELAND RYAN LANDAU WINGLER & HINDMAN
2030 MAIN ST SUITE 200
DALLAS TX  75201

Re:     Cause No. CC-15-04604-B

  PRINCESS BLACK vs. KEN M. JORGENSON, LAWRENCE TRANSPORTATION
COMPANY

**<u>NOTICE PURSUANT TO TRCP 165a</u>**

Pursuant to Rule 165a of the Texas Rules of Civil Procedure, the above case is set for dismissal
on   **12/14/2015  at  9:00 a.m.**

If an answer has not been filed by the requisite appearance date, it will be expected that you will
have moved for a default judgment seven (7) days <u>before</u> the above-referenced dismissal date.
Your failure to do so may result in dismissal of the case.

If you are unable to obtain service of process by the above-referenced dismissal date, you must
notify the court and request an extension.

If an answer has been filed, a trial date will be set and you will be notified of same.

If you have any questions regarding this notice, contact the court coordinator at the number listed
above.

Sincerely,

JUDGE KING FIFER
Judge Presiding

Exhibit B-4

FILED
10/26/2015 9:24:26 AM
JOHN F. WARREN
COUNTY CLERK
DALLAS COUNTY

Case 3:15-cv-03469-L   Document 1-1   Filed 10/26/15   Page 11 of 23   PageID 16

CAUSE NO. CC-15-04604-B

| | | |
|---|---|---|
| PRINCESS BLACK | § | IN THE COUNTY COURT |
|     Plaintiff, | § | |
| | § | |
| v. | § | AT LAW NO. 2 |
| | § | |
| KEN M. JORGENSON and | § | |
| LAWRENCE TRANSPORTATION | § | |
| COMPANY | § | |
|     Defendants. | § | DALLAS COUNTY, TEXAS |

**ORIGINAL ANSWER OF DEFENDANT KEN M. JORGENSON**

TO THE HONORABLE JUDGE OF SAID COURT:

COMES NOW, Ken M. Jorgenson, Defendant (hereinafter referred to as "Defendant") in the above-styled and numbered cause, and files this, his Original Answer in this proceeding and in support hereof respectfully shows the Court as follows:

**I.**
**GENERAL DENIAL**

Defendant generally denies, each and every, all and singular, the allegations contained in Plaintiff's Original Petition and demands strict proof thereof, as allowed under the laws of the State of Texas. By this general denial, Defendant would require Plaintiff to prove every fact to support the claims in Plaintiff's Original Petition by a preponderance of the evidence pursuant to Rule 92 of the Texas Rules of Civil Procedure.

EXHIBIT B-5

## II.
## JURY DEMAND

Defendant demands a jury trial and tenders the fee herewith.

## III.
## RULE 193.7 NOTICE

Defendant intends to use those documents produced by all parties during discovery upon the trial of this case and hereby provides all parties notice of that intent pursuant to Rule 193.7 of the Texas Rules of Civil Procedure.

## IV.
## AFFIRMATIVE DEFENSES

1.      Further answering, if same be necessary, Defendant would show that the occurrence made the basis of this suit, and any injuries related thereto were caused by the sole and/or proximate and/or contributing and/or comparative fault or negligence of Plaintiffs.

2.      Further answering, if same be necessary, by way of affirmative defense, Defendant asserts that the incident made the basis of this suit and any of Plaintiff's alleged damages related thereto were the result of the negligent acts and/or omissions, or other wrongful conduct of third parties over whom this Defendant had no control and for which Defendant bears no responsibility.

3.      Further answering, if same be necessary, Defendant would show that any injuries or incapacities or disabilities claimed by Plaintiffs were of an extremely minor nature and a short duration and that such injuries, incapacities or disabilities have fully resolved.

4.      Further answering, if same be necessary, Defendant would show that the injuries and/or incapacities and/or disabilities of Plaintiff, if any, were the result of prior or subsequent incidents or conditions and were not proximately caused by the incident made the basis of this suit.

5.      Further answering, if same be necessary, Defendant would show that Plaintiff's injuries and damages, if any, were the result of an intervening and/or superceding cause unrelated to any act or omission of Defendant.

6.      Further answering, Defendant affirmatively pleads that the alleged injury or injuries or damages of which Plaintiff complains, if any, were actually sustained, or are the result, in whole or in part, of a pre-existing and/or subsequently existing condition or conditions, and are not the result of any act or omission by Defendant, and are unrelated to the incident made the basis of this suit.

7.      Further answering, if same be necessary, Defendant would show that Plaintiff has failed to mitigate her damages.

8.      For further answer, if same be necessary, Defendant would show that Plaintiff's recovery of medical or health care expenses is limited to the amount actually paid or incurred by or on behalf of the Plaintiff, as mandated by Texas Civil Practice and Remedies Code Section 41.0105.

9.      Further answering, if same be necessary, Defendant would show that he is entitled to credit and offset for monies previously paid.

10.     Further answering, if same be necessary, Defendant would show by way of affirmative defense that the incident made this basis of this lawsuit was an unavoidable accident.

11.     Defendant further alleges that in the event any other person or party enters into any agreement with the Plaintiff and settles any claim with respect to personal injury or other harm for which Plaintiff seeks to recover or damages in this suit, the Defendant is entitled to a credit toward any liability to Plaintiff may be found to have in accordance with Texas Civil Practice & Remedies Code, Chapter 33.  Defendant reserves the right to make an election in accordance with Texas Civil Practice & Remedies Code Ann. §§ 33.012-33.017, if and when such settlements are made.

12.     Pleading further, without waiving any of the foregoing, Defendant further alleges that Plaintiff's injuries and damages, if any, were proximately caused in whole or in part by the acts and omissions of third-parties over whom the Defendant has no control or rights of control; and Defendant specifically reserves any actions for contribution and indemnity against such third-parties and reserves its rights and remedies under Texas Civil Practice & Remedies Code Ann. § 33.001, *et seq.*

13.     Further answering, if same be necessary, Defendant further alleges that not all of Plaintiff's medical expenses incurred following the incident were reasonable and necessary.

14.     Further answering, if same be necessary, Defendant would show that Plaintiff is required to prove any claim for recovery or loss of earnings, loss

of earning capacity or other pecuniary loss by representation of such in the form of a net loss after reduction for income tax payments or unpaid tax liability pursuant to Section 18.091 of the Texas Civil Practices and Remedies Code.

## V.
## PRAYER

WHEREFORE, PREMISES CONSIDERED, Defendant prays that Plaintiff take nothing by virtue of her claims.  Defendant also prays for such other and further relief, both general and special, at law or in equity, to which it may be justly entitled.

Respectfully submitted,

**SCOPELITIS, GARVIN, LIGHT,
HANSON & FEARY, P.C.**

By: */s/ Emily A. Quillen*
 John W. Greene
 State Bar No. 08391520
 *jgreene@scopelitis.com*
 Emily A. Quillen
 State Bar No. 24045624
 *equillen@scopelitis.com*

801 Cherry Street, Suite 1075
Fort Worth, Texas  76102
Tel:  (817) 869-1700
Fax:  (817) 878-9472

ATTORNEYS FOR DEFENDANT
KEN M. JORGENSON

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that a true and correct copy of the above and foregoing *Original Answer of Defendant Ken M. Jorgenson* has been served upon all counsel of record as indicated below on this 26th day of October, 2015,

| | | |
|---|---|---|
| __X__ | Electronic Service | Rick Lee Wingler |
| _____ | Certified Mail, RRR | Rolle, Breeland, Ryan Landau, Wingler |
| _____ | Regular First-Class Mail |   & Hindman |
| _____ | Facsimile | 2030 Main Street, Suite 200 |
| | | Dallas, TX 75201 |

/s/ *Emily A. Quillen*_____
Emily A. Quillen

4848-2483-6137, v. 1

# Texas Department of Transportation

125 EAST 11TH STREET | AUSTIN, TEXAS 78701-2483 | (512) 463-8700 | WWW.TXDOT.GOV

Wed, 29 Apr 2015

STATE OF TEXAS          §

This is to certify that I, Debra Vermillion, am employed by the Texas Department of Transportation (Department); that I am the Custodian of Motor Vehicle Crash Records for such Department; that the attached is a true and correct copy of the peace officer's report filed with the Department referred to in the attached request with the crash date of __Wed, 02 Oct 2013__, which occurred in __Dallas__ County; that the investigations of motor vehicle crashes by peace officers are authorized by law; that this Texas Peace Officer's Crash Report is required by law to be completed and filed with this Department; that this report sets forth matters observed pursuant to duty imposed by law as to which matters there was a duty to report, or factual findings resulting from an investigation made pursuant to authority granted by law.

*Debra Vermillion*

Debra Vermillion, Director
Crash Data and Analysis Section
P. O. Box 149349
Austin, Texas 78714
(512) 486-5780



Exhibit C

**Law Enforcement and TxDOT Use ONLY**

☐ FATAL ☒ CMV ☐ SCHOOL BUS ☐ RAILROAD ☐ MAB ☐ SUPPLEMENT ☐ ACTIVE SCHOOL ZONE

| Total Num. Units | 3 | Total Num. Prsns. | 2 | TxDOT | 13476170.1 |
| --- | --- | --- | --- | --- | --- |
| | | | | Crash ID | /2013366997 |

Texas Department of Transportation

Texas Peace Officer's Crash Report (Form CR-3)

Mail to: Texas Department of Transportation, Crash Records, P.O. Box 149349, Austin, TX 78714. Questions? Call (512) 486-5780

Refer to Attached Code Sheet for Numbered Fields

*=These fields are required on all additional sheets submitted for this crash (ex.: additional vehicles, occupants, injured, etc.)

## IDENTIFICATION & LOCATION

| ★Crash Date (MM/DD/YYYY) | 1 0 / 0 2 / 2 0 1 3 | ★Crash Time (24HRMM) | 0 6 2 0 | Case ID | 252580A | Local Use | |
| --- | --- | --- | --- | --- | --- | --- | --- |

| ★County Name | DALLAS | ★City Name | DALLAS | | ☐ Outside City Limit |
| --- | --- | --- | --- | --- | --- |

In your opinion, did this crash result in at least $1,000 damage to any one person's property? ☒ Yes ☐ No

Latitude (decimal degrees) ___ . ___

Longitude (decimal degrees) ___ . ___

### ROAD ON WHICH CRASH OCCURRED

| ★1 Rdwy. Sys. | IH | ★Hwy. Num. | 45 | 2 Rdwy. Part | 2 | Block Num. | 35000 | 3 Street Prefix | W | ★Street Name | LBJ | 4 Street Suffix | FWY |
| --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- |

☐ Crash Occurred on a Private Drive or Road/Private Property/Parking Lot

| Toll Road/ Toll Lane | Speed Limit | 30 | Const. Zone | ☐ Yes ☒ No | Workers Present | ☐ Yes ☒ No | Street Desc. | PUBLIC STREET |
| --- | --- | --- | --- | --- | --- | --- | --- | --- |

### INTERSECTING ROAD, OR IF CRASH NOT AT INTERSECTION, NEAREST INTERSECTING ROAD OR REFERENCE MARKER

| At Int. | ☐ Yes ☒ No | Hwy. Sys. | LR | Hwy. Num. | 2 Rdwy. Part | Block Num. | 7400 | 3 Street Prefix | Street Name | BONNIE VIEW | 4 Street Suffix | RD |
| --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- |

| Distance from Int. or Ref. Marker | 15 | ☒ FT ☐ MI | 3 Dir. from Int. or Ref. Marker | E | Reference Marker | Street Desc. | PUBLIC STREET | RRX Num. | |
| --- | --- | --- | --- | --- | --- | --- | --- | --- | --- |

## VEHICLE, DRIVER, & PERSONS

| Unit Num. 1 | 5 Unit Desc. 1 | ☐ Parked Vehicle | ☐ Hit and Run | LP State MN | LP Num. PAG5341 | VIN 9 N 2 6 5 9 1 4 |
| --- | --- | --- | --- | --- | --- | --- |

| Veh. Year | 2 0 0 1 | 6 Veh. Color | WHI | Veh. Make | VOLVO | Veh. Model | UNKNOWN | 7 Body Style | TT | ☐ Pol., Fire, EMS on Emergency (Explain in Narrative if checked) |
| --- | --- | --- | --- | --- | --- | --- | --- | --- | --- |

| 8 DL/ID Type | 2 | DL/ID State | MN | DL/ID Num. | Y565261881016 | 9 DL Class | 98 | 10 CDL End. | 96 | 11 DL Rest. | 98 | DOB (MM/DD/YYYY) | 0 5 / 1 1 / 1 9 5 2 |
| --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- |

Address (Street, City, State, ZIP): 205 6TH HAYFIELD, MN 55940

| Person Num. | 12 Prsn. Type | 13 Seat Position | Name: Last, First, Middle — Enter Driver or Primary Person for this Unit on first line | 14 Injury Severity | Age | 15 Ethnicity | 16 Sex | 17 Eject. | 18 Restr. | 19 Airbag | 20 Helmet | 21 Sol. | 22 Alc. Spec. | Alc. Result | 23 Drug Spec. | 24 Drug Result | 25 Drug Category |
| --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- |
| 1 | 1 | 1 | JORGENSON, KEN M | N | | W | 1 | 1 | 1 | 1 | 97 | N | 96 | | 96 | 97 | 97 |

Not Applicable – Alcohol and Drug Results are only reported for Driver/Primary Person for each Unit.

| ☒ Owner ☐ Lessee | Owner/Lessee Name & Address | LAWRENCE TRANSPORTATION, PO BOX7119 ROCHESTER, MN 55903 |
| --- | --- | --- |

| Proof of Fin. Resp. | ☒ Yes ☐ No | ☐ Expired ☐ Exempt | 26 Fin. Resp. Type 2 | Fin. Resp. Name | COTTINGHAM & BUTLER | Fin. Resp. Num. | D20-0A01055 |
| --- | --- | --- | --- | --- | --- | --- | --- |

| Fin. Resp. Phone Num. | 563-587-5000 | 27 Vehicle Damage Rating 1 | ___ - ___ | 27 Vehicle Damage Rating 2 | ___ - ___ | Vehicle Inventoried | ☐ Yes ☒ No |
| --- | --- | --- | --- | --- | --- | --- | --- |

| Towed By | Driver | Towed To | Released |
| --- | --- | --- | --- |

---

| Unit Num. 2 | 5 Unit Desc. 6 | ☐ Parked Vehicle | ☐ Hit and Run | LP State MN | LP Num. 4205C | VIN 1 G R A A 0 6 2 7 8 W 7 0 1 8 8 |
| --- | --- | --- | --- | --- | --- | --- |

| Veh. Year | 2 0 0 8 | 6 Veh. Color | WHI | Veh. Make | | Veh. Model | | 7 Body Style | TL | ☐ Pol., Fire, EMS on Emergency (Explain in Narrative if checked) |
| --- | --- | --- | --- | --- | --- | --- | --- | --- | --- |

| 8 DL/ID Type | | DL/ID State | | DL/ID Num. | | 9 DL Class | | 10 CDL End. | | 11 DL Rest. | | DOB (MM/DD/YYYY) | ___ / ___ / ___ |
| --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- |

Address (Street, City, State, ZIP):

| Person Num. | 12 Prsn. Type | 13 Seat Position | Name: Last, First, Middle — Enter Driver or Primary Person for this Unit on first line | 14 Injury Severity | Age | 15 Ethnicity | 16 Sex | 17 Eject. | 18 Restr. | 19 Airbag | 20 Helmet | 21 Sol. | 22 Alc. Spec. | Alc. Result | 23 Drug Spec. | 24 Drug Result | 25 Drug Category |
| --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- |
| | | | | | | | | | | | | | | | | | |

Not Applicable – Alcohol and Drug Results are only reported for Driver/Primary Person for each Unit.

| ☒ Owner ☐ Lessee | Owner/Lessee Name & Address | LAWRENCE TRANSPORTATION, PO BOX7119 ROCHESTER, MN 55903 |
| --- | --- | --- |

| Proof of Fin. Resp. | ☒ Yes ☐ No | ☐ Expired ☐ Exempt | 26 Fin. Resp. Type 2 | Fin. Resp. Name | COTTINGHAM & BUTLER | Fin. Resp. Num. | D20-0A01055 |
| --- | --- | --- | --- | --- | --- | --- | --- |

| Fin. Resp. Phone Num. | 563-587-5000 | 27 Vehicle Damage Rating 1 | R ___ P ___ - ___ | 27 Vehicle Damage Rating 2 | ___ - ___ | Vehicle Inventoried | ☐ Yes ☒ No |
| --- | --- | --- | --- | --- | --- | --- | --- |

| Towed By | Driver | Towed To | Released |
| --- | --- | --- | --- |

Copy from Custodial File

Law Enforcement and TxDOT Use ONLY.
Form CR-3  1/1/2010

Case ID 252580A

TxDOT Crash ID 13476170.1/2013366997

Case 3:15-cv-03469-L   Document 1-1   Filed 10/26/15   Page 19 of 23  PageID 24

## DISPOSITION OF INJURED/ KILLED

| Unit Num. | Prsn. Num. | | Date of Death (MM/DD/YYYY) | Time of Death (24HRMM) |
|---|---|---|---|---|
| | | Taken To | / / | |
| | | | / / | |
| | | | / / | |
| | | | / / | |
| | | | / / | |

## CHARGES

| Unit Num. | Prsn. Num. | Charge | Citation/Reference Num. |
|---|---|---|---|
| | | | |

## DAMAGE

| Damaged Property Other Than Vehicles | Owner's Name | Owner's Address |
|---|---|---|
| | | |

## CMV

| Unit Num. 1 | [x] 10,001+ LBS. | [ ] TRANSPORTING HAZARDOUS MATERIAL | [ ] 9+ CAPACITY | 28 Veh. Oper. 1 | 29 Carrier ID Type 1 | Carrier ID Num. 00124408 |
|---|---|---|---|---|---|---|

Carrier's Corp. Name LAWRENCE TRANSPORTATION

Carrier's Primary Addr. POBOX 7119  ROCHESTER, MN 55903

| 30 Rdwy. Access 1 | 31 Veh. Type 9 | [x] RGVW GVWR 8 0 0 0 0 | HazMat Released | [ ] Yes [ ] No | 32 HazMat Class Num. | HazMat ID Num. | 32 HazMat Class Num. | HazMat ID Num. |
|---|---|---|---|---|---|---|---|---|

| 33 Cargo Body Style 3 | Trailer 1 | Unit Num. 2 | [x] RGVW GVWR 1 4 5 0 0 | 34 Trlr. Type 2 | Trailer 2 | Unit Num. | [ ] RGVW [ ] GVWR | 34 Trlr. Type |
|---|---|---|---|---|---|---|---|---|

| Sequence Of Events | 35 Seq. 1 13 | 35 Seq. 2 | 35 Seq. 3 | 35 Seq. 4 | Total Num. Axles 5 | Total Num. Tires 18 |
|---|---|---|---|---|---|---|

## FACTORS & CONDITIONS

| 36 Contributing Factors (Investigator's Opinion) | | | | 37 Vehicle Defects (Investigator's Opinion) | | | Environmental and Roadway Conditions | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Unit Num. | Contributing | May Have Contrib. | | Contributing | May Have Contrib. | | 38 Weather Cond. | 39 Light Cond. | 40 Entering Roads | 41 Roadway Type | 42 Roadway Alignment | 43 Surface Condition | 44 Traffic Control |
| | | | | | | | 1 | 1 | 2 | 1 | 1 | 1 | 5 |

## NARRATIVE AND DIAGRAM

Investigator's Narrative Opinion of What Happened
(Attach Additional Sheets If Necessary)

UNIT 1 WAS TOWING UNIT 2 AND WERE STOPPED AT A LIGHT ON WB 35000 LBJ FREEWAY SERVICE RD ABOUT TO TURN RIGHT ONTO 7400 BONNIE VIEW RD. UNIT 3 WAS STOPPED ON THE SHOULDER OF WB 35000 LBJ FREEWAY ATTEMPTING TO TURN RIGHT. UNIT 3 TURNED FROM IMPORPER LANE OF TRAFFIC WHILE UNIT 1 AND UNIT 2 WERE TURNING RIGHT CAUSING UNIT 2 TO COLLIDE RD TO LD. UNIT 3 OBSERVED UNIT 1 AT THE LIGHT WITH ITS TURN SIGNAL ON.

Field Diagram – Not to Scale



35000 WB LBJ FREEWAY

## INVESTIGATOR

| Time Notified (24HRMM) 0 7 3 0 | How Notified Dispatched | Time Arrived (24HR:MM) 0 7 4 0 | Report Date (MM/DD/YYYY) 1 0 / 0 2 / 2 0 1 3 |
|---|---|---|---|

| Invest. [x] Yes Comp. [ ] No | Investigator Name (Printed) Howard, Gershwin G | ID Num. 8216 |
|---|---|---|

| ORI Num. T X 0 0 0 0 0 0 6 | ★Agency DALLAS POLICE DEPARTMENT | District/ Area 0 7 |
|---|---|---|

Copy from Custodial File

Law Enforcement and TxDOT Use ONLY

| ☐ FATAL | ☒ CMV | ☐ SCHOOL BUS | ☐ RAILROAD | ☐ MAB | ☐ SUPPLEMENT | ☐ ACTIVE SCHOOL ZONE |
|---|---|---|---|---|---|---|

Total Num. Units __3__   Total Num. Prsns. __2__   TxDOT 13476170.1   Crash ID /2013366997

Texas Peace Officer's Crash Report (Form CR-3)

Mail to: Texas Department of Transportation, Crash Records, P.O. Box 149349, Austin, TX 78714. Questions? Call (512) 486-5780

Refer to Attached Code Sheet for Numbered Fields

✱=These fields are required on all additional sheets submitted for this crash (ex.: additional vehicles, occupants, injured, etc.)

Page __3__ of __4__

## IDENTIFICATION & LOCATION

★Crash Date (MM/DD/YYYY) 1 0 / 2 0 1 3   ★Crash Time (24HRMM) 0 6 2 0   Case ID 252580A   Local Use

County Name DALLAS   ★City Name DALLAS   ☐ Outside City Limit

In your opinion, did this crash result in at least $1,000 damage to any one person's property? ☒ Yes ☐ No   Latitude (decimal degrees)   Longitude (decimal degrees)

**ROAD ON WHICH CRASH OCCURRED**

★1 Rdwy. Sys. IH   ★Hwy. No. 45   2 Rdwy. Part 2   Block Num. 35000   3 Street Prefix W   ★Street Name LBJ   4 Street Suffix FWY

☐ Crash Occurred on a Private Drive or Road/Private Property/Parking Lot   Toll Road/ Toll Lane ☐ Yes ☐ No   Speed Limit 30   Const. Zone ☐ Yes ☒ No   Workers Present ☐ Yes ☒ No   Street Desc. PUBLIC STREET

**INTERSECTING ROAD, OR IF CRASH NOT AT INTERSECTION, NEAREST INTERSECTING ROAD OR REFERENCE MARKER**

At Int. ☐ Yes ☒ No   1 Rdwy. Sys. LR   Hwy. Num.   2 Rdwy. Part   Block Num. 7400   3 Street Prefix   Street Name BONNIE VIEW   4 Street Suffix RD

Distance from Int. or Ref. Marker 15   ☒ FT ☐ MI   3 Dir. from Int. or Ref. Marker E   Reference Marker   Street Desc. PUBLIC STREET   RRX Num.

## VEHICLE, DRIVER, & PERSONS

Unit Num. 3   5 Unit Desc. 1   ☐ Parked Vehicle   ☐ Hit and Run   LP State TX   LP Num. CS6P912   VIN 1 G C S 1 4 5 1 Y K 2 1 8 E 2 5 6

Veh. Year 2   6 Veh. Color WHI   Veh. Make HYUNDAI   Veh. Model ACCENT   7 Body Style P4   ☐ Pol., Fire, EMS on Emergency (Explain in Narrative if checked)

8 DL/ID Type 1   DL/ID State TX   DL/ID Num. 28559453   9 DL Class C   10 CDL End. 96   11 DL Rest. 96   DOB (MM/DD/YYYY) 0 3 / 1 4 / 1 9 8 8

Address (Street, City, State, ZIP) 1331 CY BLACKBURN CIR DALLAS, TX 75217

| Person Num. | 12 Prsn. Type | 13 Seat Position | Name: Last, First, Middle — Enter Driver or Primary Person for this Unit on first line | 14 Injury Severity | Age | 15 Ethnicity | 16 Sex | 17 Eject. | 18 Restr. | 19 Airbag | 20 Helmet | 21 Sol. | 22 Alc. Spec. | Alc. Result | 23 Drug Spec. | 24 Drug Result | 25 Drug Category |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 1 | 1 | 1 | BLACK, PRINCESS V | N | 25 | B | 2 | 1 | 1 | 1 | 97 | N | 96 | | 96 | 97 | 97 |

Not Applicable – Alcohol and Drug Results are only reported for Driver/Primary Person for each Unit.

☒ Owner ☐ Lessee   Owner/Lessee Name & Address BLACK, PRINCESS V, 1331 CY BLACKBURN CIR DALLAS, TX 75217

Proof of Fin. Resp. ☒ Yes ☐ No ☐ Expired ☐ Exempt   26 Fin. Resp. Type 1   Fin. Resp. Name ALLSTATE   Fin. Resp. Num. 016010871

Fin. Resp. Phone Num. 2143703122   27 Vehicle Damage Rating 1 _ L D _ 3   27 Vehicle Damage Rating 2 _ - _   Vehicle Inventoried ☐ Yes ☒ No

Towed By RELEASED TO OWNER   Towed To

## VEHICLE, DRIVER, & PERSONS

Unit Num.   5 Unit Desc.   ☐ Parked Vehicle   ☐ Hit and Run   LP State   LP Num.   VIN

Veh. Year   6 Veh. Color   Veh. Make   Veh. Model   7 Body Style   ☐ Pol., Fire, EMS on Emergency (Explain in Narrative if checked)

8 DL/ID Type   DL/ID State   DL/ID Num.   9 DL Class   10 CDL End.   11 DL Rest.   DOB (MM/DD/YYYY) /

Address (Street, City, State, ZIP)

| Person Num. | 12 Prsn. Type | 13 Seat Position | Name: Last, First, Middle — Enter Driver or Primary Person for this Unit on first line | 14 Injury Severity | Age | 15 Ethnicity | 16 Sex | 17 Eject. | 18 Restr. | 19 Airbag | 20 Helmet | 21 Sol. | 22 Alc. Spec. | Alc. Result | 23 Drug Spec. | 24 Drug Result | 25 Drug Category |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | | | | | | | | | | | |

Not Applicable – Alcohol and Drug Results are only reported for Driver/Primary Person for each Unit.

☐ Owner ☐ Lessee   Owner/Lessee Name & Address

Proof of Fin. Resp. ☐ Yes ☐ No ☐ Expired ☐ Exempt   26 Fin. Resp. Type   Fin. Resp. Name   Fin. Resp. Num.

Fin. Resp. Phone Num.   27 Vehicle Damage Rating 1 _ - _   27 Vehicle Damage Rating 2 _ - _   Vehicle Inventoried ☐ Yes ☐ No

Towed By   Towed To

Copy from Custodial File

Case 3:15-CV-03469-L   Document 1-1   Filed 10/26/15   Page 21 of 23 PageID 26

**DISPOSITION OF INJURED/ KILLED**

| Unit Num. | Prsn. Num. | Taken To | Taken By | Date of Death (MM/DD/YYYY) | Time of Death (24HRMM) |
|---|---|---|---|---|---|
| | | | | __ __ / __ __ / __ __ | |
| | | | | __ __ / __ __ / __ __ | |
| | | | | __ __ / __ __ / __ __ | |
| | | | | __ __ / __ __ / __ __ | |
| | | | | __ __ / __ __ / __ __ | |
| | | | | __ __ / __ __ / __ __ | |

**CHARGES**

| Unit Num. | Prsn. Num. | Charge | Citation/Reference Num. |
|---|---|---|---|
| | | | |
| | | | |

**DAMAGE**

| Damaged Property Other Than Vehicles | Owner's Name | Owner's Address |
|---|---|---|
| | | |

**CMV**

| Unit Num. | ☐ 10,001+ LBS. | ☐ TRANSPORTING HAZARDOUS MATERIAL | ☐ 9+ CAPACITY | 28 Veh. Oper. | 29 Carrier ID Type | Carrier ID Num. |
|---|---|---|---|---|---|---|

| Carrier's Corp. Name | | | Carrier's Primary Addr. | | | |
|---|---|---|---|---|---|---|

| 30 Rdwy. Access | 31 Veh. Type | ☐ RGVW  ☐ GVWR __ __ __ __ | HazMat Released | ☐ Yes ☐ No | 32 HazMat Class Num. | HazMat ID Num. __ __ __ __ | 32 HazMat Class Num. | HazMat ID Num. __ __ __ __ |
|---|---|---|---|---|---|---|---|---|

| 33 Cargo Body Style | Trailer 1 | Unit Num. | ☐ RGVW  ☐ GVWR | 34 Trlr. Type | Trailer 2 | Unit Num. | ☐ RGVW  ☐ GVWR | 34 Trlr. Type |
|---|---|---|---|---|---|---|---|---|

| Sequence Of Events | 35 Seq. 1 | 35 Seq. 2 | 35 Seq. 3 | 35 Seq. 4 | Total Num. Axles | Total Num. Tires |
|---|---|---|---|---|---|---|

**FACTORS & CONDITIONS**

| 36 Contributing Factors (Investigator's Opinion) | | | 37 Vehicle Defects (Investigator's Opinion) | | Environmental and Roadway Conditions | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Unit Num. | Contributing | May Have Contrib. | Contributing | May Have Contrib. | 38 Weather Cond. | 39 Light Cond. | 40 Entering Roads | 41 Roadway Type | 42 Roadway Alignment | 43 Surface Condition | 44 Traffic Control |
| 3 | 65 | | | | | | | | | | |

**NARRATIVE AND DIAGRAM**

Investigator's Narrative Opinion of What Happened
(Attach Additional Sheets If Necessary)

Field Diagram – Not to Scale

Copy from Custodial File

**INVESTIGATOR**

| Time Notified (24HRMM) | 0 7 3 0 | How Notified Dispatched | | Time Arrived (24HR:MM) | 0 7 4 0 | Report Date (MM/DD/YYYY) | 1 0 / 0 2 / 2 0 1 3 |
|---|---|---|---|---|---|---|---|

| Invest. ☒ Yes Comp. ☐ No | Investigator Name (Printed) Howard, Gershwin G | | | ID Num. 8216 |
|---|---|---|---|---|

| ORI Num. | T X 0 0 0 0 0 0 0 6 | ★Agency  DALLAS POLICE DEPARTMENT | District/ Area 0 7 |
|---|---|---|---|

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| PRINCESS BLACK | § | |
|     Plaintiff, | § | |
| | § | |
| v. | § | |
| | § | CIVIL ACTION NO. _____ |
| KEN M. JORGENSON and | § | |
| LAWRENCE TRANSPORTATION | § | |
| COMPANY | § | |
|     Defendants. | § | |

## DECLARATION OF KEN M. JORGENSON

1.    My name is Ken M. Jorgenson.  I am over the age of 21 years, of sound mind, capable of making this declaration, competent to give the testimony herein, and personally acquainted with the facts herein stated.  I have never been convicted of a felony.  The following statements are based on my personal knowledge and they are true and correct.

2.    I am currently a citizen of the State of Minnesota.  I have resided at a home located at 205 6th St̲ ͫJK Avenue in Hayfield, Minnesota for approximately twenty-seven years. Specifically, I resided in Hayfield, Minnesota on September 10, 2015.  I currently reside at that same residence and I have resided there continuously since September 10, 2015.

3.    Since at least September 10, 2015, I have been and continue to be a registered voter in the State of Minnesota.  I have open and active banking accounts in the State of Minnesota that have been open and active since at least September 10, 2015.  During the 2014 tax year, I filed a state income tax return with the State of Minnesota and plan to file state income tax return for 2015.  My current driver's license, which I have held since before September 10, 2015, was issued by the State of Minnesota.  My personal automobile is registered


Exhibit D

in the State of Minnesota and has been registered with the State of Minnesota since September 10, 2015.

    4.     I have never resided in the State of Texas.

    Pursuant to 28 U.S.C. §1746, I declare under penalty of perjury that the foregoing is true and correct.

    Executed on October 25, 2015.

KEN M. JORGENSON

4840-9221-3801, v. 1