IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| **PRINCESS BLACK,** | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| v. | § | Civil Action No. **3:15-CV-3469-L** |
| | § | |
| **KEN M. JORGENSON AND LAWRENCE** | § | |
| **TRANSPORTATION COMPANY,** | § | |
| | § | |
| Defendants. | § | |

## **ORDER**

Before the court is the Joint Motion to Remand (Doc. 4), filed November 18, 2015. The parties' motion was filed in response to the court's November 5, 2015 order, in which it questioned whether the amount in controversy exceeded $75,000. The court appreciates the parties' efforts in resolving the jurisdictional issue raised by the court. In their motion, the parties state that they have conferred, and Plaintiff has stipulated that the jurisdictional amount in controversy is not satisfied. Accordingly, the court concludes that subject matter jurisdiction is lacking; **grants** the Joint Motion to Remand (Doc. 4); and **remands** this action to County Court at Law No. 2, Dallas County Texas, from which it was removed. The clerk of the court **shall** effect the remand in accordance with the usual procedure.

**It is so ordered** this 20th day of November, 2015.

Sam A. Lindsay
United States District Judge

**Order – Solo Page**